[No. 2041–2. Division Two. May 31, 1977.]

TRAVELERS INSURANCE COMPANY, *Appellant*, v. FORKS SAND AND GRAVEL COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 22312, Gerald B. Chamberlin, J., entered August 1, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2061–2. Division Two. May 31, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. UBALDO TORREGROSA, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 47695, Thomas A. Swayze, Jr., J., entered September 23, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 2107–3. Division Three. June 3, 1977.]

*In the Matter of the Personal Restraint of*
DORANCE KNOKE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 55125, Warren Chan, J., entered August 5, 1971. *Dismissed* by unpublished per curiam opinion.